UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>    Defendant. | Case No. 18-cv-06972-JST<br><br>**ORDER REGARDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS**<br><br>Re: ECF No. 1660 |
| This order relates to:<br><br>*Holley v. Gilead Sciences, Inc.*,<br>Case No. 4:18-cv-06972-JST<br><br>*Jones v. Gilead Sciences, Inc.*,<br>Case No. 4:19-cv-05383-JST<br><br>*Arthur v. Gilead Sciences, Inc.*,<br>Case No. 4:19-cv-08435-JST<br><br>*Baumgartner v. Gilead Sciences, Inc.*,<br>Case No. 4:20-cv-02446-JST<br><br>*Alve v. Gilead Sciences, Inc.*,<br>Case No. 4:20-cv-04074-JST<br><br>*Nitz v. Gilead Sciences, Inc.*,<br>Case No. 4:20-cv-05550-JST<br><br>*Hamilton v. Gilead Sciences, Inc.*,<br>Case No. 4:21-cv-07687-JST<br><br>*Johnson v. Gilead Sciences, Inc.*,<br>Case No. 4:23-cv-01439-JST<br><br>*Lytch v. Gilead Sciences, Inc.*,<br>Case No. 4:23-cv-01715-JST | |

1   At the September 17, 2024 case management conference, the Court ordered Defendant
2   Gilead Sciences, Inc. to file a document listing the names and case numbers of Plaintiffs who are
3   represented by counsel but not participating in the current settlement proceedings.  ECF No. 1656.
4   Gilead filed that list on September 23, 2024.  ECF No. 1660.

5   Plaintiffs' counsel identified in Gilead's filing shall meet and confer with Gilead's counsel
6   regarding the status of the identified cases.  Representatives of all identified law firms shall appear
7   at the case management conference already scheduled for November 19, 2024, to discuss how any
8   cases that are not dismissed and do not become part of the ongoing settlement proceedings will
9   proceed.  No case management statement is required.

**IT IS SO ORDERED.**

Dated:  September 25, 2024



JON S. TIGAR
United States District Judge